

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2019

No. 04-19-00501-CV

**IN THE MATTER OF M.M.C.D.-E.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's motion for substitution of counsel is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court